**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RAYMOND C. HUGGINS,  : No. 68 EM 2023
  :
  Petitioner  :
  :
  :
  :
  v.  :
  :
  :
  :
COURT OF COMMON PLEAS OF  :
PHILADELPHIA COUNTY,  :
  :
  Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED, and the Application for Relief to File a Response *Nunc Pro Tunc* is DISMISSED.

    Justice McCaffery did not participate in the consideration or decision of this matter.